Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. _____ |
| ) | |
| ELIZABETH W. BAKER ) | |

### WAIVER OF INDICTMENT

I, ELIZABETH W. BAKER, the above-named defendant, who is accused of violations of 18 U.S.C. § 1341 (mail fraud) and 18 U.S.C. § 2314 (interstate transportation of stolen property), being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on _____ prosecution by indictment and consent that

*(Date)*

the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer